[No. 1687-1.  Division One—Panel 2.  May 7, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN RAYMOND RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 59119, Howard J. Thompson, J., entered April _5, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.